# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133771(66)

IRVING ALLISON,
      Plaintiff-Appellee,

v

AEW CAPITAL MANAGEMENT, L.L.P., d/b/a
SUTTON PLACE APARTMENTS,
      Defendant,
and

VILLAGE GREEN MANAGEMENT COMPANY
And BFMSIT, II,
      Defendants-Appellants.
_____

SC: 133771
COA: 269021
Oakland CC: 2005-063356-NO

      On order of the Chief Justice, the motion by Michigan Association for Justice for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2008

_____
Clerk